UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 17-30628 |
|---|---|---|
| | § | |
| REEL GROUP, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Allison D. Byman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $126,652.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $766,038.78 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $156,588.03 | | |

3) Total gross receipts of $922,626.81 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $922,626.81 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $5,217.50 | $2,750.62 | $2,750.62 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $156,588.03 | $156,588.03 | $156,588.03 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $17,958.83 | $48,079.78 | $48,079.78 |
| General Unsecured Claims (from **Exhibit 7**) | $2,676,383.00 | $1,552,762.08 | $1,470,208.19 | $715,208.38 |
| **Total Disbursements** | $2,676,383.00 | $1,732,526.44 | $1,677,626.62 | $922,626.81 |

4). This case was originally filed under chapter 7 on 02/03/2017. The case was pending for 34 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/26/2019</u>        By:  <u>/s/ Allison D. Byman</u>
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2013 BMW X3 | 1129-000 | $22,500.00 |
| 2013 Range Rover Evoque | 1129-000 | $27,400.00 |
| 2016 Ford F-250 | 1129-000 | $26,000.00 |
| Account Receivables | 1129-000 | $50,016.70 |
| Checking Account; Amegy Bank | 1129-000 | $493,935.65 |
| Office fixtures (computer equipment and communication systems equipment and software, servers, laptops, PC's, monitors, | 1129-000 | $8,525.00 |
| Office furniture (desks, tables, furniture) | 1129-000 | $5,330.00 |
| Other machinery, fixtures and equipment (NDT Inspection, wire rope, rope access, mechanical handling & lifting and wareh | 1129-000 | $73,405.00 |
| Tax Refund (NOL refund expected February, 2017) | 1129-000 | $94,436.00 |
| ADB vs. ZB, N.A. aka Amegy Bank | 1141-000 | $1,078.46 |
| Remnant assets | 1229-000 | $5,000.00 |
| Chapter 5 Claims (Affiliates) | 1241-000 | $115,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$922,626.81** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3A | Harris County et al. | 4110-000 | $0.00 | $2,750.62 | $2,750.62 | $2,750.62 |
| 3 | Harris County et al. | 4210-000 | $0.00 | $2,466.88 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $5,217.50 | $2,750.62 | $2,750.62 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allison D. Byman, Trustee | 2100-000 | NA | $49,381.34 | $49,381.34 | $49,381.34 |
| Allison D. Byman, Trustee | 2200-000 | NA | $2,844.02 | $2,844.02 | $2,844.02 |
| International Sureties, | 2300-000 | NA | $459.07 | $459.07 | $459.07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ltd. | | | | | | |
| Green Bank | 2600-000 | NA | $19,642.23 | $19,642.23 | $19,642.23 | |
| Attorney for Trustee | 3210-000 | NA | $30,595.00 | $30,595.00 | $30,595.00 | |
| Matthew J. Borror, Attorney for Trustee | 3210-000 | NA | $4,165.00 | $4,165.00 | $4,165.00 | |
| Attorney for Trustee | 3220-000 | NA | $559.41 | $559.41 | $559.41 | |
| Matthew J. Borror, Attorney for Trustee | 3220-000 | NA | $114.00 | $114.00 | $114.00 | |
| Accountant for Trustee | 3410-000 | NA | $5,462.70 | $5,462.70 | $5,462.70 | |
| KenWood & Associates, PC, Accountant for Trustee | 3410-000 | NA | $17,985.00 | $17,985.00 | $17,985.00 | |
| Accountant for Trustee | 3420-000 | NA | $673.47 | $673.47 | $673.47 | |
| KenWood & Associates, PC, Accountant for Trustee | 3420-000 | NA | $632.79 | $632.79 | $632.79 | |
| Auctioneer for Trustee Fees, Auctioneer for Trustee | 3610-000 | NA | $20,574.00 | $20,574.00 | $20,574.00 | |
| Auctioneer for Trustee Expenses, Auctioneer for Trustee | 3620-000 | NA | $3,500.00 | $3,500.00 | $3,500.00 | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $156,588.03 | $156,588.03 | $156,588.03 | |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4a | Louisiana Department of Revenue | 5800-000 | $0.00 | $290.44 | $290.44 | $290.44 |
| 6 | Texas Workforce Commission, Special Actions Unit | 5800-000 | $0.00 | $8,351.02 | $8,351.02 | $8,351.02 |
| 11A | Comptroller of Public Accounts | 5800-000 | $0.00 | $2,038.89 | $2,038.89 | $2,038.89 |
| 11 | Comptroller of Public Accounts | 5800-000 | $0.00 | $3,600.00 | $0.00 | $0.00 |
| 17D | Aubrey Whatley | 5300-000 | $0.00 | $0.00 | $10,823.07 | $7,614.03 |
| 17E | Charles Hayes | 5300-000 | $0.00 | $0.00 | $1,251.73 | $880.59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17B | Hector Jimenez | 5300-000 | $0.00 | $0.00 | $10,823.07 | $7,614.03 |
| 17C | John Mehaffey | 5300-000 | $0.00 | $0.00 | $10,823.08 | $7,614.04 |
| 18 | IRS | 5800-000 | $0.00 | $202.53 | $202.53 | $202.53 |
| | INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | 5300-000 | $0.00 | $133.51 | $133.51 | $133.51 |
| | INTERNAL REVENUE SERVICE Federal Withholding (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $7,418.62 |
| | INTERNAL REVENUE SERVICE Medicare (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $488.94 |
| | INTERNAL REVENUE SERVICE Medicare (Employer) | 5300-000 | $0.00 | $488.94 | $488.94 | $488.94 |
| | INTERNAL REVENUE SERVICE Social Security (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $2,090.70 |
| | INTERNAL REVENUE SERVICE Social Security (Employer) | 5300-000 | $0.00 | $2,090.70 | $2,090.70 | $2,090.70 |
| | TEXAS EMPLOYMENT COMMISSION State Unemployment (Employer) | 5300-000 | $0.00 | $762.80 | $762.80 | $762.80 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $17,958.83 | $48,079.78 | $48,079.78 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AIRGAS USA, LLC | 7100-000 | $0.00 | $7,167.85 | $7,167.85 | $7,167.85 |
| 2 | AIRGAS USA, LLC | 7100-000 | $0.00 | $4,901.12 | $4,901.12 | $4,901.12 |
| 4b | Louisiana Department of | 7100-000 | $0.00 | $160.00 | $160.00 | $160.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Revenue | | | | | |
| 5 | United Vision Logistics | 7100-000 | $0.00 | $782.00 | $782.00 | $782.00 |
| 7 | Rapid Environmental Services, LLC | 7100-000 | $0.00 | $1,295.52 | $1,295.52 | $1,295.52 |
| 8 | DE LAGE LANDEN FINANCIAL SERVICES | 7100-000 | $0.00 | $160,027.44 | $0.00 | $0.00 |
| 9 | MBM Financial Corporation | 7100-000 | $0.00 | $15,325.90 | $15,325.90 | $15,325.90 |
| 10 | Greenhouse Park | 7100-000 | $0.00 | $97,444.00 | $42,340.00 | $42,340.00 |
| 12 | Global Energy (SES) Limited | 7400-000 | $0.00 | $399,606.77 | $399,606.77 | $51,992.29 |
| 13 | Reel Limited | 7400-000 | $0.00 | $468,317.47 | $468,317.47 | $60,932.14 |
| 14 | Houston Portfolio LLC | 7100-000 | $0.00 | $183,701.50 | $0.00 | $0.00 |
| 14A | Houston Portfolio LLC | 7100-000 | $0.00 | $148,815.57 | $148,815.57 | $148,815.57 |
| 15 | Versa Integrity Group, Inc. | 7200-000 | $0.00 | $5,189.50 | $5,189.50 | $5,189.50 |
| 16 | DE LAGE LANDEN FINANCIAL SERVICES | 7100-000 | $0.00 | $60,027.44 | $60,027.44 | $60,027.44 |
| 17A | Rene Cruz and Others Similarly Situated | 7100-000 | $0.00 | $0.00 | $316,279.05 | $316,279.05 |
| | AT & T | 7100-000 | $680.00 | $0.00 | $0.00 | $0.00 |
| | DeLage Landen Financial Services, Inc. | 7100-000 | $79,900.00 | $0.00 | $0.00 | $0.00 |
| | FAO Madha Zaidi | 7100-000 | $152,500.00 | $0.00 | $0.00 | $0.00 |
| | FAO Vanessa Dyer/Houston Portfolio LLC | 7100-000 | $1,303,100.00 | $0.00 | $0.00 | $0.00 |
| | Reel (UK) Ltd | 7100-000 | $573,030.00 | $0.00 | $0.00 | $0.00 |
| | SCS (UK) Ltd | 7100-000 | $509,651.00 | $0.00 | $0.00 | $0.00 |
| | Suchma & Portele PC | 7100-000 | $6,600.00 | $0.00 | $0.00 | $0.00 |
| | United States Treasury | 7100-000 | $1,642.00 | $0.00 | $0.00 | $0.00 |
| | Universal Premium | 7100-000 | $880.00 | $0.00 | $0.00 | $0.00 |
| | XO Communications | 7100-000 | $48,400.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,676,383.00 | $1,552,762.08 | $1,470,208.19 | $715,208.38 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

Exhibit 8

| Case No.: | 17-30628-H3-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | REEL GROUP, INC. | Date Filed (f) or Converted (c): | 02/03/2017 (f) |
| For the Period Ending: | 12/26/2019 | §341(a) Meeting Date: | 03/02/2017 |
| | | Claims Bar Date: | 05/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Checking Account; Amegy Bank | $390,870.00 | $390,870.00 | | $493,935.65 | FA |
| 2  Account Receivables | $83,098.00 | $83,098.00 | | $50,016.70 | FA |
| 3  Raw materials; general equipment and consumables | $86,652.00 | $86,652.00 | | $0.00 | FA |
| Asset Notes:  04/11/17; #25; Order Authorizing the Sale of Personal Property Assets Free and Clear of Liens, Claims and Encumbrances; recovery reflected in Asset #9 | | | | | |
| 4  Office furniture (desks, tables, furniture) | $9,148.00 | $9,148.00 | | $5,330.00 | FA |
| Asset Notes:  04/11/17; #25; Order Authorizing the Sale of Personal Property Assets Free and Clear of Liens, Claims and Encumbrances | | | | | |
| 5  Office fixtures (computer equipment and communication systems equipment and software, servers, laptops, PC's, monitors, TV screens, industry software and ancillaries | $29,716.00 | $29,716.00 | | $8,525.00 | FA |
| Asset Notes:  04/11/17; #25; Order Authorizing the Sale of Personal Property Assets Free and Clear of Liens, Claims and Encumbrances | | | | | |
| 6  2013 Range Rover Evoque | $25,089.00 | $25,089.00 | | $27,400.00 | FA |
| Asset Notes:  04/11/17; #25; Order Authorizing the Sale of Personal Property Assets Free and Clear of Liens, Claims and Encumbrances | | | | | |
| 7  2016 Ford F-250 | $23,509.00 | $23,509.00 | | $26,000.00 | FA |
| Asset Notes:  05/08/17; #33; Order Authorizing the Sale of 2016 Ford F-250 Truck of the Estate Free and Clear of Liens, Claims and Encumbrances | | | | | |
| 8  2013 BMW X3 | $20,766.00 | $20,766.00 | | $22,500.00 | FA |
| Asset Notes:  04/11/17; #25; Order Authorizing the Sale of Personal Property Assets Free and Clear of Liens, Claims and Encumbrances | | | | | |
| 9  Other machinery, fixtures and equipment (NDT Inspection, wire rope, rope access, mechanical handling & lifting and warehouse equipment) | $321,965.00 | $321,965.00 | | $73,405.00 | FA |
| Asset Notes:  04/11/17; #25; Order Authorizing the Sale of Personal Property Assets Free and Clear of Liens, Claims and Encumbrances | | | | | |
| 10  Internet domain, website and customer portal | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Will abandon pursuant to 554(c) as burdensome to the Estate since the value of the asset was $0.00 on the date of filing. | | | | | |
| 11  Customer lists, mailing lists, contracts and customer drawings/sketches/inspection reports | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Will abandon pursuant to 554(c) as burdensome to the Estate since the value of the asset on the date of filing was $0.00. | | | | | |
| 12  Note Receivable (Alan Thomson) | $40,000.00 | $40,000.00 | | $0.00 | FA |
| Asset Notes:  Foreign defendant.  Pursuit and recovery will be costly and subject to defense. Claim to be abandoned with closing of the case. | | | | | |
| 13  Tax Refund (NOL refund expected February, 2017) | $90,000.00 | $90,000.00 | | $94,436.00 | FA |
| 14  Two (2) 3' x 5' Tool boxes   (u) | Unknown | Unknown | OA | $0.00 | FA |
| Asset Notes:  07/12/17; #38; Notice of Intention to Abandon Property of the Estate | | | | | |

Page No: 2

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No.: | 17-30628-H3-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | REEL GROUP, INC. | Date Filed (f) or Converted (c): | 02/03/2017 (f) |
| For the Period Ending: | 12/26/2019 | §341(a) Meeting Date: | 03/02/2017 |
| | | Claims Bar Date: | 05/15/2017 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 15 | Chapter 5 Claims (Affiliates) (u) | $0.00 | $115,000.00 | | $115,000.00 | FA |
| 16 | ADB vs. ZB, N.A. aka Amegy Bank | Unknown | $1,078.46 | | $1,078.46 | FA |
| 17 | Remnant assets (u) | $0.00 | $0.00 | | $5,000.00 | FA |

**TOTALS (Excluding unknown value)**   **Gross Value of Remaining Assets**

$1,120,813.00   $1,236,891.46   $922,626.81   $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/30/2019 | Trustee, counsel and accountants to file final fee apps and then TFR |
| 03/20/2019 | Order granting Trustee's motion to compromise with Zions Bancorporation entered. See dkts. 87 and 83. Amegy to pay $1,078.46 to estate. |
| 01/12/2019 | Estate continues to collect funds from Jackson and Walker Suit filed against Amegy. Potential offer for remnant assets. Claims analysis ongoing. |
| 03/31/2018 | Trustee working to settle FLSM class action, Late filed claim and pursuing Chapter 5 causes of action; case not closeable. |
| 09/30/2017 | Trustee to investigate note receivable; Ch 5 claims and pursue certain claim objections; also pursuing wind down of 401(k) plan; case not closeable. |

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2018 | /s/ ALLISON D. BYMAN |
| Current Projected Date Of Final Report (TFR): | 06/30/2019 | ALLISON D. BYMAN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-30628-H3-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | REEL GROUP, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7179 | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/3/2017 | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 12/26/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/08/2017 | (1) | Amegy Bank | Proceeds; turnover of funds on deposit | 1129-000 | $492,764.33 | | $492,764.33 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $820.82 | $491,943.51 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $717.02 | $491,226.49 |
| 05/08/2017 | (1) | Amegy Bank | Account Closure | 1129-000 | $1,171.32 | | $492,397.81 |
| 05/16/2017 | | Webster's Auction Palace | 04/11/2017; #25 | * | $137,160.00 | | $629,557.81 |
| | {6} | | | $27,400.00 | 1129-000 | | $629,557.81 |
| | {8} | | | $22,500.00 | 1129-000 | | $629,557.81 |
| | {9} | | | $73,405.00 | 1129-000 | | $629,557.81 |
| | {5} | | | $8,525.00 | 1129-000 | | $629,557.81 |
| | {4} | | | $5,330.00 | 1129-000 | | $629,557.81 |
| 05/18/2017 | (7) | Vertech US Inc | 05/08/17; #33 | 1129-000 | $26,000.00 | | $655,557.81 |
| 05/18/2017 | 3001 | Webster's Auction Palace | 03/20/17; #20 | * | | $24,074.00 | $631,483.81 |
| | | | Auctioneer for Trustee Fees $(20,574.00) | 3610-000 | | | $631,483.81 |
| | | | Auctioneer for Trustee Expenses $(3,500.00) | 3620-000 | | | $631,483.81 |
| 05/23/2017 | (13) | United States Treasury | F-1120 REF | 1129-000 | $94,436.00 | | $725,919.81 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $964.26 | $724,955.55 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1,207.59 | $723,747.96 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1,092.56 | $722,655.40 |
| 08/22/2017 | (2) | Olympus America Inc. | Refund for overpayment of invoice | 1129-000 | $65.00 | | $722,720.40 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1,166.18 | $721,554.22 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1,164.37 | $720,389.85 |
| 10/03/2017 | 3002 | International Sureties, Ltd. | Bond #016071777 | 2300-000 | | $217.84 | $720,172.01 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1,124.74 | $719,047.27 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1,122.89 | $717,924.38 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1,158.51 | $716,765.87 |
| 01/10/2018 | (2) | AKF2 Park Ten, LLC | Rental Cam Reconciliation | 1129-000 | $99.70 | | $716,865.57 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1,156.75 | $715,708.82 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1,043.17 | $714,665.65 |

SUBTOTALS   $751,696.35   $37,030.70

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-30628-H3-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | REEL GROUP, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7179 | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/3/2017 | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 12/26/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1,190.45 | $713,475.20 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1,077.05 | $712,398.15 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1,149.59 | $711,248.56 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1,147.74 | $710,100.82 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1,108.92 | $708,991.90 |
| 08/07/2018 | 3003 | KenWood & Associates, PC | 08/06/18; #69 | * | | $18,617.79 | $690,374.11 |
| | | | KenWood & Associates, PC   $(17,985.00) | 3410-000 | | | $690,374.11 |
| | | | KenWood & Associates, PC   $(632.79) | 3420-000 | | | $690,374.11 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1,229.62 | $689,144.49 |
| 09/11/2018 | (15) | Lloyds Bank PLC | 08/29/18; #73 | 1241-000 | $115,000.00 | | $804,144.49 |
| 10/01/2018 | 3004 | International Sureties, Ltd. | Bond #016071777 | 2300-000 | | $241.23 | $803,903.26 |
| 10/10/2018 | 3005 | Matthew J. Borror | 10/09/18; #81 | * | | $4,279.00 | $799,624.26 |
| | | | Matthew J. Borror   $(4,165.00) | 3210-000 | | | $799,624.26 |
| | | | Matthew J. Borror   $(114.00) | 3220-000 | | | $799,624.26 |
| 12/05/2018 | (2) | Jackson Walker LLP | Retainer | 1129-000 | $37,618.90 | | $837,243.16 |
| 01/28/2019 | (2) | Jackson Walker LLP | Return of Retainer | 1129-000 | $12,233.10 | | $849,476.26 |
| 04/01/2019 | (16) | Amegy Bank via Mynde Eisen IOLTA Account | Settlement payment | 1141-000 | $1,078.46 | | $850,554.72 |
| 04/22/2019 | (17) | Oak Point Partners | Remnant Asset Sale | 1229-000 | $5,000.00 | | $855,554.72 |
| 05/23/2019 | 3006 | HughesWattersAskanase LLP | Final Fee App docket 98 | * | | $31,154.41 | $824,400.31 |
| | | | $(30,595.00) | 3210-000 | | | $824,400.31 |
| | | | $(559.41) | 3220-000 | | | $824,400.31 |
| 06/25/2019 | 3007 | KenWood & Associates P.C. | 2nd and Final Fee Application; Dkt 101 | * | | $6,136.17 | $818,264.14 |
| | | | $(5,462.70) | 3410-000 | | | $818,264.14 |
| | | | $(673.47) | 3420-000 | | | $818,264.14 |
| 09/19/2019 | | Internal Revenue Service | Distribution Claim #: ; | 5300-000 | | $9,998.26 | $808,265.88 |
| 09/19/2019 | | Internal Revenue Service | Distribution Claim #: ; | 5300-000 | | $2,713.15 | $805,552.73 |
| 09/19/2019 | 3008 | Allison D. Byman | Trustee Compensation | 2100-000 | | $49,381.34 | $756,171.39 |

SUBTOTALS   $170,930.46   $129,424.72

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-30628-H3-7 | | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|---|
| Case Name: | REEL GROUP, INC. | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7179 | | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/3/2017 | | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 12/26/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/19/2019 | 3009 | Allison D. Byman | Trustee Expenses | 2200-000 | | $2,844.02 | $753,327.37 |
| 09/19/2019 | 3010 | Texas Workforce Commission | Distribution Claim #: ; | 5300-000 | | $762.80 | $752,564.57 |
| 09/19/2019 | 3011 | AIRGAS USA, LLC | Distribution Claim #: 1; | 7100-000 | | $7,167.85 | $745,396.72 |
| 09/19/2019 | 3012 | AIRGAS USA, LLC | Distribution Claim #: 2; | 7100-000 | | $4,901.12 | $740,495.60 |
| 09/19/2019 | 3013 | Harris County et al. | Distribution Claim #: 3; | 4110-000 | | $2,750.62 | $737,744.98 |
| 09/19/2019 | 3014 | Louisiana Department of Revenue | Distribution Claim #: 4; | 5800-000 | | $290.44 | $737,454.54 |
| 09/19/2019 | 3015 | Louisiana Department of Revenue | Distribution Claim #: 4; | 7100-000 | | $160.00 | $737,294.54 |
| 09/19/2019 | 3016 | United Vision Logistics | Distribution Claim #: 5; | 7100-000 | | $782.00 | $736,512.54 |
| 09/19/2019 | 3017 | Texas Workforce Commission, Special Actions Unit | Distribution Claim #: 6; | 5800-000 | | $8,351.02 | $728,161.52 |
| 09/19/2019 | 3018 | Rapid Environmental Services, LLC | Distribution Claim #: 7; | 7100-000 | | $1,295.52 | $726,866.00 |
| 09/19/2019 | 3019 | MBM Financial Corporation | Distribution Claim #: 9; | 7100-000 | | $15,325.90 | $711,540.10 |
| 09/19/2019 | 3020 | Greenhouse Park | Distribution Claim #: 10; | 7100-000 | | $42,340.00 | $669,200.10 |
| 09/19/2019 | 3021 | Comptroller of Public Accounts | Distribution Claim #: 11; | 5800-000 | | $2,038.89 | $667,161.21 |
| 09/19/2019 | 3022 | Global Energy (SES) Limited | Distribution Claim #: 12; | 7400-000 | | $51,992.29 | $615,168.92 |
| 09/19/2019 | 3023 | Reel Limited | Distribution Claim #: 13; | 7400-000 | | $60,932.14 | $554,236.78 |
| 09/19/2019 | 3024 | Seth Hoffman | Distribution Claim #: 14; | 7100-000 | | $148,815.57 | $405,421.21 |
| 09/19/2019 | 3025 | Versa Integrity Group, Inc. | Distribution Claim #: 15; | 7200-000 | | $5,189.50 | $400,231.71 |
| 09/19/2019 | 3026 | DE LAGE LANDEN FINANCIAL SERVICES | Distribution Claim #: 16; | 7100-000 | | $60,027.44 | $340,204.27 |
| 09/19/2019 | 3027 | Rene Cruz and Others Similarly Situated | Distribution Claim #: 17; | 7100-000 | | $316,279.05 | $23,925.22 |
| 09/19/2019 | 3028 | Hector Jimenez | Distribution Claim #: 17; | 5300-000 | | $7,614.03 | $16,311.19 |
| 09/19/2019 | 3029 | John Mehaffey | Distribution Claim #: 17; | 5300-000 | | $7,614.04 | $8,697.15 |
| 09/19/2019 | 3030 | Aubrey Whatley | Distribution Claim #: 17; | 5300-000 | | $7,614.03 | $1,083.12 |
| 09/19/2019 | 3031 | Charles Hayes | Distribution Claim #: 17; | 5300-000 | | $880.59 | $202.53 |
| 09/19/2019 | 3032 | IRS | Distribution Claim #: 18; | 5800-000 | | $202.53 | $0.00 |
| 11/14/2019 | 3022 | VOID: Global Energy (SES) Limited | Check voided in error | 7400-003 | | ($51,992.29) | $51,992.29 |
| 11/18/2019 | | Global Energy (SES) Limited | Entry created to correct for check voided in error | 7400-000 | | $51,992.29 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $756,171.39 | |

Page No: 4     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-30628-H3-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | REEL GROUP, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7179 | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/3/2017 | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 12/26/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $922,626.81 | $922,626.81 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $922,626.81 | $922,626.81 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $922,626.81 | $922,626.81 | |

| For the period of 2/3/2017 to 12/26/2019 | | For the entire history of the account between 02/07/2017 to 12/26/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $922,626.81 | Total Compensable Receipts: | $922,626.81 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $922,626.81 | Total Comp/Non Comp Receipts: | $922,626.81 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $922,626.81 | Total Compensable Disbursements: | $922,626.81 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $922,626.81 | Total Comp/Non Comp Disbursements: | $922,626.81 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-30628-H3-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | REEL GROUP, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7179 | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/3/2017 | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 12/26/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $922,626.81 | $922,626.81 | $0.00 |

| For the period of 2/3/2017 to 12/26/2019 | | For the entire history of the case between 02/03/2017 to 12/26/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $922,626.81 | Total Compensable Receipts: | $922,626.81 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $922,626.81 | Total Comp/Non Comp Receipts: | $922,626.81 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $922,626.81 | Total Compensable Disbursements: | $922,626.81 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $922,626.81 | Total Comp/Non Comp Disbursements: | $922,626.81 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN